**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| IN RE: | Steven Joseph Ailer | MOTION TO SUSPEND CHAPTER 13 |
| | Regina Hope Vines | PLAN PAYMENTS |
| | *Debtors* | |
| | | Case number: 11-50140 |

COMES NOW the Debtors, Steven Joseph Ailer and Regina Hope Vines, by counsel, and move the Court to suspend the debtors' Chapter 13 plan payments for a period of 5 months, in support of which the debtors state as follows:

1. Debtors are several months in arrears for payments post petition debt secured by their residential real estate due to a substantial decrease in self employment income. By suspending five (5) months of plan payments, debtors can remove post petition arrearage for the debt secured by their residential real estate and resume plan payments thereafter.

WHEREFORE, Debtors move the Court to enter an Order granting a suspension of plan payments for a period of 5 months from the payments due on August 11, 2011 through December 11, 2011. Debtor(s) further move the court to extend their confirmed chapter 13 plan by the same time period so that all creditors will not be substantially affected by this motion and each creditors will receive the same amount of money as the creditor would have received under the confirmed chapter 13 plan.

/s/ Roland S. Carlton, Jr.
Counsel

Roland S. Carlton, Jr., Esq.
CARLTON LEGAL SERVICES, P.L.C.
118 MacTanly Place
Staunton, VA   24401
(540) 213-0547
V.S.B. #34138

CERTIFICATE

I, Roland S. Carlton, Jr., do hereby certify that a true and accurate copy of this Motion to Suspend Chapter 13 Plan Payments was delivered by ECF on July 21, 2011 to:

>Herbert L. Beskin, Esq., Trustee
>P. O. Box 2103
>Charlottesville, VA   22901

>/s/ Roland S. Carlton, Jr.
>Roland S. Carlton, Jr.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | |
|---|---|
| IN RE: Steven Joseph Ailer | **NOTICE OF HEARING** |
| Regina Hope Vines | |
| *Debtors* | Case number: 11-50140 |

PLEASE TAKE NOTICE that the undersigned will, on August 3, 2011, at 2:00 p.m., or as soon thereafter as counsel may be heard, at the Courthouse of the Federal District Court, 116 North Main Street, Harrisonburg, Virginia, move the Court to enter an Order pursuant to the Motion to Suspend Chapter 13 Plan Payments which is attached to this notice and incorporated herein by reference.

Please govern yourself accordingly.

/s/ Roland S. Carlton, Jr.
Counsel

Roland S. Carlton, Jr., Esq.
CARLTON LEGAL SERVICES, P.L.C.
118 MacTanly Place
Staunton, VA  24401
V.S.B. 34138

## CERTIFICATE

I, Roland S. Carlton, Jr., do hereby certify that a true and accurate copy of this Notice of Hearing was delivered by ECF on July 21, 2011 to:

HERBERT BESKIN, Trustee
P. O. Box 2103
Charlottesville, VA  22902-2103

/s/ Roland S. Carlton, Jr.
Roland S. Carlton, Jr.